UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Baum Vision, LLC dba LEISURE SOCIETY, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation,<br><br>Defendant. | Case No. 8:24-cv-01931-SRM-JDE<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

On April 2, 2025, the parties to this action, Plaintiff Baum Vision, LLC dba LEISURE SOCIETY, a California limited liability company and Defendant Ohio Security Insurance Company (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice and each party will bear its own costs and attorneys' fees.

//

//

– 1 –

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the Stipulation and finding good cause, therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. That this matter be dismissed with prejudice in entirety.

Dated: April 2, 2025

_____
HONORABLE SERENA R. MURILLO
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE